**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (SBN: 328243)
pamela@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Nyree Sepian

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NYREE SEPIAN, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**GOYA FOODS, INC.,**<br><br>Defendant. | **Case No.:** 2:25-cv-1512-CAS-E<br><br>**NOTICE OF INDIVIDUAL SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the dispute between plaintiff Nyree Sepian ("Plaintiff") and defendant Goya Foods, Inc., ("Defendant" or "Goya Foods") (together the "Parties") has been resolved on an individual basis with a settlement in principle.

The Parties anticipate filing a Joint Stipulation to Dismiss Plaintiff's individual claims against Goya Foods with prejudice within forty-five (45) days.

Plaintiff respectfully requests that the Court vacate all pending dates, hearings, and filing requirements, and set a deadline on or after August 25, 2025, for the Parties to dismiss Plaintiff's claims against Goya Foods in this action.

Dated: July 10, 2025                                  Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:  /s/ *Pamela E. Prescott.*
Abbas Kazerounian, Esq.
Pamela E. Prescott, Esq.
*Attorneys for Plaintiff*