**CLOSED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NYREE SEPIAN, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GOYA FOODS, INC.,**<br><br>**Defendants.** | Case No.: 2:25-cv-1512-CAS-Ex<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>HON.  CHRISTINA A. SNYDER |

Good causing appearing, the stipulated request of plaintiff Nyree Sepian ("Plaintiff") and defendant Goya Foods, Inc., ("Defendant") (together, the "Parties"), for dismissal of Plaintiff's individual claims against Defendant *with prejudice* and dismissal of the claims of the putative class members against Defendant *without prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), is hereby GRANTED.

The Parties shall each bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 31, 2025

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE